# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DILLON SAJUDIN, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| STROUDSBURG AREA SCHOOL DISTRICT, et al., | : No. 21-cv-01743-RAL |
| Defendants. | : |

## O R D E R

AND NOW this 23rd day of March, 2022, upon consideration of the Defendants' motion for reconsideration[1] (Doc. No. 23), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

---

[1] Defendants filed their motion as a "written statement of objections pursuant to Local Rule 72.1 (IV)(a). Doc. No. 23. However, the cited rule only applies when a case is referred by a district judge to a magistrate judge pursuant to 28 U.S.C. § 636(b). Here, the parties consented to my jurisdiction over the entirety of the case pursuant to 28 U.S.C. § 636(c). *See* Doc. No. 10, 15. In the interest of fairness to the parties, I will nevertheless construe this motion as a motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e)(1) and Local Civil Rule 7.1(g).